Todd Blanche
Acting Attorney General
Caitlin Baunsgard
Assistant United States Attorney
Annika Tangvald
Special Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2026

SEAN F. McAVOY, CLERK
ECF No 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

RYDER WESLEY ROBISON,
QUENTIN MATTHEW DAVID HUTCHISON,
DYLAN IAN DOUGHTY,
OWEN JAMES NEESON-GRAHAM, and
ETHIN SKIALER RETTKOWSKI,

Defendants.

2:26-CR-48-TOR

INDICTMENT

Vio: 18 U.S.C. § 933(a)(1)-(3), (b)
Conspiracy to Traffic Firearms

18 U.S.C. § 934
Forfeiture Allegations

The Grand Jury charges:

Beginning on a date unknown, but by on or about August 2024, and continuing to on or about April 15, 2026, in the Eastern District of Washington and elsewhere, the Defendants, RYDER WESLEY ROBISON, QUENTIN MATTHEW DAVID HUTCHISON, DYLAN IAN DOUGHTY, OWEN JAMES NEESON-GRAHAM, and ETHIN SKIALER RETTKOWSKI, and other

INDICTMENT – 1

individuals, both known and unknown to the Grand Jury, did knowingly conspire and agree to ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm(s) to another person, and to receive a firearm(s) from another person, in or otherwise affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the use, carrying, possession, or receipt of the firearm(s) by the recipient would constitute a felony, or did attempt to do so, in violation of 18 U.S.C. § 933(a)(1)-(3), (b).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. §§ 934(a)(1)(A), (B) and (a)(2), upon conviction of an offense in violation of 18 U.S.C. § 933(a)(1) - (3), (b), as charged in this Indictment, the Defendants, RYDER WESLEY ROBISON, QUENTIN MATTHEW DAVID HUTCHISON, DYLAN IAN DOUGHTY, OWEN JAMES NEESON-GRAHAM, and ETHIN SKIALER RETTKOWSKI, shall forfeit to the United States of America any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense.

If any of the property described above, as a result of any act or omission of the Defendants:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

INDICTMENT – 2

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

DATED this ___15___ day of April 2026.



Todd Blanche
Acting Attorney General

Alison Gregoire
Criminal Chief

Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT – 3